BRETTE L. EVANS, S.B.N. 177042
Evans Law Offices
255 N. Market Street, Ste 110
San Jose, CA 95110
Ph:   (408) 298-8910
Fax:  (408) 298-8911

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Radosevich, Eric James<br><br>Radosevich, Saadia Marie,<br><br><br>            Debtor(s). | Case No.: 11-50022 ASW<br><br>**APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES INCURRED ON BEHALF OF CHAPTER 13 DEBTOR**<br><br>[11 U.S.C. 330(a) and 503(a) and (b) and Bankruptcy Rule 2016(a)]<br><br>Date:  October 4, 2011<br>Time:  1:45 p.m.<br>Place: 280 S. First St., San Jose<br>           Rm: 3020, 3d Floor |

Counsel for Debtors herein, Evans Law Offices, moves this Court for an Order Approving Attorneys' Fees.

 Debtors commenced this case on January 3, 2011 by filing a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

By this Motion counsel for Debtor, Evans Law Offices, requests that the Court authorize payment of attorneys' fees accrued to date.  This Motion is brought pursuant to 11 U.S.C. Sections 105, 330(a), 503(a) and (b) and Bankruptcy Rule 2016(a).

The Application for Order Authorizing Attorneys' Fees is submitted pursuant to the <u>Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees</u> adopted by the United States Bankruptcy Court for the Northern District of California.

The Debtor's attorney, the Evans Law Offices, and Brette L. Evans, hereby moves for approval of attorneys' fees and costs. A Chapter 13 Retainer Agreement (the "Agreement") was entered into between Debtor and the Law Office of Brette L. Evans. The Agreement sets forth the terms of attorneys' compensation for handling the Debtor's Chapter 13 proceeding. A copy of this agreement is attached as Exhibit A to the Declaration and Certification of Attorney Brette L. Evans, which has been filed concurrently with this motion. The Debtor has agreed to pay for attorneys' time at the rate of $300.00 per hour, and for paralegal's time at the rate of $75.00 per hour.

In this motion, the Debtor's attorney is requesting an approval of $6363.90 in attorneys' and paralegal fees and costs. A Billing statement itemizing these expenses is attached to the Declaration of Attorney Brette L. Evans as Exhibit B. The billing rate for attorney's fees and costs is reasonable for this jurisdiction. Moreover, these expenses were necessary in providing quality representation. This Application represents that:

1. Date of Filing Petition: **01/03/2011**

2. Amount of Fees Approved at Confirmation**:** **N/A**

3. Subsequent Fee Application Filed: **NO**

If Yes: Date Approved: _____ Amount Approved:

5. Amount of Fees Received to Date: **$1,451.00**

6. Time Period of This Application: **1/03/11 to 8/26/11**

7. Hourly Rate of Professionals: **$300. attorney (paralegal, $75.00)**

8. Total Hours in this Application:

Attorney Hours: 20.90; Travel Hours: 00.00 ; Paralegal hours: 00.00

9. Total Fees Requested: $_____ x _____ hrs =
   **Attorney         $   20.90   x    300.   hrs =    $6,270.00**

10. Amount Included for Appearance at Hearing on this Application: -0-

11. Total Costs Requested of this Application: **93.90**

12. Total Additional Fees and Costs Requested: **$ 6,363.90**

13. Brief Description of Services: Debtors, Eric and Saadia Radosevichs' case was filed as a business bankruptcy. In addition, the case was filed due to a pending foreclosure of Debtor's primary residence. The Debtors came to Evan's Law Offices shortly before the scheduled trustee's sale of their residence. The work that has been billed includes all of the time involved with meeting with the clients on multiple occasions, reviewing documents, preparing their Chapter 13 case, appearing at MOC and PHC Hearings. There remains two objections to confirmation. The Ocwen Loan Servicing, LLC Objection is moot as Debtors are successful in completing a mortgage modification of their Gilroy property, their primary residence. Counsel has documents that support that the modification has been approved. Counsel will continue to work to have this objection either withdrawn or over ruled. With respect to the Trustee Objection, we continue to await receipt of the Debtor's 2008 – 2010 1040 Tax Returns. Debtors have been working with an accountant referred to by Evans Law Offices for the last 8 months, but the returns are not yet complete. It is expected that these returns will be completed on or about 10/15/11.

Once the returns are completed, and filed, Counsel can continue to work on feasibility issues as the Internal Revenue Service has estimated priority tax of $52,572.68 for tax years 2008 and 2009. The sum is an "unassessed assessment" that renders the present plan unfeasible. The Debtors have taken 8 months to date to complete the 2008 and 2009 returns, and 4 months to complete the 2010 1040 return. It has been known and discussed many times, yet the

Debtors, to date, have not completed these returns. Counsel could advance this case to confirmation but for the Debtors' failure to complete the returns as requested in the Trustee Objections, and as requested many times by Debtor's counsel.

The attorneys' fees requested for approval by this motion are administrative expenses pursuant to 11 U.S.C. Section 507(a)(1), these expenses are entitled to first priority of distribution.

WHEREFORE, movant prays for an order approving the following:

1. Approval of Fees and Costs to date, totaling $ **6,363.90**

2. The Debtor to pay the balance of funds, or $ **6,363.90** for attorneys' fees and costs to Evans Law Offices, through the Trustee's office with any funds held or to be administered by the Trustee.

3. For other relief as the Court deems reasonable and proper.

Dated: 8/26/2011                              **Evans Law Offices**

/s/ Brette L. Evans

By: _____

Brette L. Evans
Attorney for Debtor