DEVIN DERHAM-BURK, #104353
CHAPTER 13 STANDING TRUSTEE
E. ALEXANDRA DELATEUR, ESQ. #128456
KAREN KO, ESQ. #265030
DEVIN L. PACE, ESQ. #256514
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE:   (408) 354-4413
FACSIMILE:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE:<br><br>ERIC JAMES RADOSEVICH<br>SAADIA MARIE RADOSEVICH,<br><br><br><br>Debtor(s) | CHAPTER 13 CASE NO. 11-50022ASW<br><br>**TRUSTEE'S RESPONSE TO MOTION FOR COMPENSATION BY ATTORNEY FOR DEBTOR**<br><br>Hearing Date: October 4, 2011<br>Hearing Time: 1:45 p.m.<br>Judge: Weissbrodt<br>Place: U.S. Bankruptcy Court<br>       280 S. First St., Room 3020<br>       SAN JOSE, CA 95113 |

Devin Derham-Burk, Chapter 13 Standing Trustee in the above matter ("Trustee") submits the following response to the Motion for Compensation filed by Brette Evans, Esq. [Docket #35]:

1. The debtors filed their Chapter 13 case on January 3, 2011. Brette Evans, Esq. is the attorney of record for the case.

2. Ms. Evans filed an Application for Compensation for "guideline" fees of $5,800 on March 23, 2011[Docket #26]. However, the fees have not been ordered.

3. On August 28, 2011, Ms. Evans filed the Motion for Compensation ("Motion") [Docket #35] which seeks hourly compensation for legal services performed in this case from the beginning of the case for a total of $6,270 plus costs of $93.90. However, the Motion does not clearly explain to the Court and other parties that Ms. Evans applied for guideline fees and that the Motion is in lieu of the guideline fees rather than in addition to the guideline fees. The Trustee requests clarification of the relief sought in the Motion and an order that specifies that the approved fees are not in addition to any other fees. Alternatively, Ms. Evans could withdraw her Application for Compensation requesting the guideline fees.

Respectfully submitted,

September 20, 2011

/s/ E. Alexandra DeLateur
Attorney for the Chapter 13 Trustee